# *United States District Court*
## CIVIL MINUTES - GENERAL

| | |
|---|---|
| In Re: **3M Combat Arms Earplug Products Liability Litigation** | Date: **March 22, 2024**<br>Case No.: **3:19md2885** |
| Relates to: **7:23-cv-04499 (Stanfield, Brandon Jerome)** | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

**DOCKET ENTRY: Status Conference.** Attendance of Pro Se Plaintiff via telephone.

**PRESENT:**

| Honorable **M. Casey Rodgers**<br>United States District Judge | Tamryn Holley<br>Law Clerk | Barbara Rogers<br>Deputy Clerk | Donna Boland<br>Court Reporter |
|---|---|---|---|

**APPEARANCES:**

**Lead Counsel for Plaintiff:** N/A

**Negotiating Plaintiff Counsel:** Brad Bradford, Aylstock, Witkin, Kreis, & Overholtz PLLC, and Mike Burns, Mike Burns Law

**PROCEEDINGS:**

| | |
|---|---|
| 2:09 pm | Court in Session<br>Court discusses the obligations for continued participation in the litigation and the benefits of participating in the settlement program. |
| 2:34 pm | Court in Recess |